UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INVENERGY THERMAL LLC, and GRAYS HARBOR ENERGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA WATSON, in her official capacity as Director of the Washington State Department of Ecology,<br><br>Defendant. | No. 3:22-cv-05967<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiffs Invenergy Thermal LLC and Grays Harbor Energy LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, make the following disclosure:

Plaintiff Grays Harbor Energy LLC is a wholly-owned subsidiary of Invenergy Grays Harbor LLC.  Invenergy Grays Harbor LLC is a wholly-owned subsidiary of Invenergy Grays Harbor Holdings LLC.  Invenergy Grays Harbor Holdings LLC is a wholly-owned subsidiary of Plaintiff Invenergy Thermal LLC.

Plaintiff Invenergy Thermal LLC is a wholly-owned subsidiary of Invenergy Thermal Operating I LLC.  Invenergy Thermal Operating I LLC is a wholly-owned subsidiary of Invenergy Thermal Operating I Holdings LLC.  Invenergy Thermal Operating I Holdings LLC is a wholly-owned subsidiary of Invenergy AMPCI Thermal Power LLC.  Invenergy AMPCI Thermal Power

PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT
(3:22-cv-05967) - 1

LLC is 50% owned by AMPCI North America Thermal Power Acquisition LLC and 50% owned by Invenergy Clean Power LLC.  Invenergy Clean Power LLC is a wholly-owned subsidiary of Invenergy Investment Company LLC.  Invenergy Investment Company LLC. is a privately-held corporate entity that has no parent company, and no publicly-held company owns 10% or more of Invenergy Investment Company LLC stock.  AMPCI North America Thermal Power Acquisition LLC is indirectly 81.23% owned by AMP Capital Global Infrastructure Fund II A LP, AMP Capital Infrastructure Fund II B LP, AMP Capital Infrastructure Fund II C LP, and AMP Capital Infrastructure Fund II E LP (collectively the "GIF II Fund").  The general partner of the GIF II Fund is AMP Capital Investors (GIF II GP) SARL.  AMP Capital Investors (GIF II GP) SARL is directly owned by AMP Capital Investors International Holdings Limited.  AMP Capital Investors International Holdings Limited is indirectly owned by AMP Limited.  AMP Limited is a publicly traded company.

PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT
(3:22-cv-05967) -2

**STOEL RIVES**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

DATED: December 13, 2022.

STOEL RIVES LLP

*/s/ Vanessa Soriano Power*
Vanessa Soriano Power (WSBA No. 30777)
Jason T. Morgan (WSBA No. 38346)

**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
vanessa.power@stoel.com
jason.morgan@stoel.com

Stephen D. Andrews (*pro hac vice forthcoming*)
sandrews@wc.com
Nicholas G. Gamse (*pro hac vice forthcoming*)
ngamse@wc.com
Michael J. Mestitz (*pro hac vice forthcoming*)
mestitz@wc.com
Samuel M. Lazerwitz (*pro hac vice forthcoming*)
slazerwitz@wc.com

**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue S.W.
Washington, DC 20024
Telephone: 202.434.5000
Facsimile: 202.434.5029

*Attorneys for Plaintiffs*

PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT
(3:22-cv-05967) -3